LISA A. RASMUSSEN, ESQ.
NV Bar No. 7491
Law Office of Lisa Rasmussen
601 South Tenth Street, Suite 100
Las Vegas, NV 89101
Tel. (702) 471-1436
Fax. (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Attorneys for Jockamoe Hawley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOCKAMOE HAWLEY,<br><br>Defendant. | Case No.: 2:18-CR-0075 KJD-PAL<br><br>**ORDER FOR THE US MARSHAL SERVICE TO PROVIDE AN EYE EXAMINATION TO DEFENDANT FOR PRESCRIPTION GLASSES** |

At the oral request of defense counsel, made at the change of plea hearing, and there appearing to be good cause:

IT IS HEREBY ORDERED that the United States Marshal Service shall ensure that Mr. Hawley is provided with an eye examination so that he may have a current prescription that will enable him to order appropriate eyeglasses.

Dated: 6/4/2018

The Honorable Kent J. Dawson
United States District Judge

ORDER FOR THE US MARSHAL SERVICE TO PROVIDE AN EYE EXAMINATION TO DEFENDANTFOR PRESCRIPTION GLASSES - 1